148 So. 161

## Wiley GLOVER v. STATE.
### 4 Div. 713.

Supreme Court of Alabama.
May 11, 1933.

Sollie & Sollie, of Ozark, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Wiley Glover for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Glover v. State, 148 So. 160.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.